UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

| | |
|---|---|
| JEANNIE ROSSELAND, individually, and on behalf of all similarly situated current and former employees of Defendants in the State of Montana,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NEW YORK LIFE INSURANCE COMPANY, INC., NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, INC., and NEW YORK LIFE INSURANCE COMPANY OF ARIZONA,<br><br>　　　　　　　Defendants. | CV 11-20-BLG-CSO<br><br>ORDER |

　　Counsel for Defendants New York Life Insurance Company, New York Life Insurance and Annuity Corporation, and New York Life Insurance Company of Arizona having filed a Stipulation of Dismissal with Prejudice of the Civil Action *(Court Doc. 43)*, and for good cause appearing,

IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice and with each party to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that the Status Conference set for Friday, June 1, 2012 at 10:00 am is VACATED.

Dated this 31st day of May, 2012.

/s/ Carolyn S. Ostby  
United States Magistrate Judge